# ALEXANDER E. EISEMANN
### ATTORNEY AT LAW

| | | |
|---|---|---|
| ALEXANDER E. EISEMANN<br>DIRECT LINE: (212) 420-8304<br>aee@eisemannlaw.com<br>———<br>JAMES M. SCHMITZ<br>jms@eisemannlaw.com | 20 VESEY STREET, SUITE 400<br>NEW YORK, NEW YORK 10007<br>———<br>TEL: (212) 420-8300<br>FAX: (212) 420-8338 | 282 KATONAH AVENUE, SUITE 244<br>KATONAH, NEW YORK 10536<br>———<br>TEL: (914) 763-6444<br>FAX: (914) 763-6446 |

October 26, 2011

**VIA ECF**

Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re:  United States v. Andrew Russo, et al.,
            <u>Crim. Docket No. 11-30 (KAM)</u>

Dear Judge Matsumoto:

       I am counsel for Anthony Russo, a defendant in the above-entitled case. Mr. Russo objects to the issuance of the subpoenas seeking production of his prison phone calls, which his codefendant Theodore Persico, Jr., requested in a letter filed earlier this month.

                                   Very truly yours,

                                   Alexander E. Eisemann

cc:  Elizabeth Geddes, Esq.
     Allon Lifshitz, Esq.
     Jonathan Marks, Esq.
     (all by e-mail)